TIMOTHY J. CAVAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 247-4674
Fax: (406) 657-6989
E-mail: tim.cavan@usdoj.gov

**ATTORNEY FOR DEFENDANT**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| BETTY KAY HENDERSON-MATTHEWS and TIMOTHY MATTHEWS<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 07-155-M-RFC<br><br>STIPULATION OF DISMISSAL |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between the

parties hereto, acting by and through their respective counsel of record,

that the claims of Betty Kay Henderson-Matthews and Timothy Matthews against the United States may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 1st day of February, 2010.

Buxbaum, Daue & Fitzpatrick, PLLC

_____
Craig E. Daue

MICHAEL W. COTTER
United States Attorney

_____
TIMOTHY J. CAVAN
Assistant U.S. Attorney
Attorney for Defendant