IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

FILED
BILLINGS DIV.
2010 FEB 4 PM 4 29
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| BETTY KAY HENDERSON-MATTHEWS and TIMOTHY MATTHEWS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 07-155-M-RFC<br><br>ORDER OF DISMISSAL |

Upon consideration of the Stipulation for Dismissal entered into between the parties,

IT IS HEREBY ORDERED that the claims of Betty Kay Henderson-Matthews against the United States are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this ____ day of February, 2010.

Richard F. Cebull
United States District Judge